

# Missouri Court of Appeals
## Southern District

**MARCH 4, 2015**

THE FOLLOWING CASES WERE AFFIRMED PURSUANT TO RULE 84.16(b).

1.      Case No.  SD33314

        Re:     KRISTY L. ASH,
                Appellant,
                vs.
                STATE OF MISSOURI,
                Respondent.